ERRATA

<u>Sao Ta Foods Joint Stock Company v. United States</u>, Consol. Court No. 18-00205, Confidential Slip Op. 20-7, dated Jan. 16, 2020:

    Page 2, line 14: change "Section 1516A(d)" to "Section 516A(d)"

    Page 28, line 18: change "data" to "date"

January 23, 2020